# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| PAUL SHOEMAKER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 3:17-CV-05556-BAT<br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings including a new hearing and a new decision. The Administrative Law Judge will evaluate, discuss and assign appropriate weight to the opinion of Shaila Kode, M.D.; and reconsider the medical evidence, Plaintiff's impairments at step two, Plaintiff's symptom allegations, the lay witness statements, the residual functional capacity, and steps four and five, as necessary.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Page 1　　ORDER - [3:17-CV-05556-BAT]

DATED this 17th day of January 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Nancy A. Mishalanie
NANCY A. MISHALANIE
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3619
Fax: (206) 615-2531
nancy.mishalanie@ssa.gov